## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JULIE KIMBALL, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

VOLKSWAGEN GROUP OF AMERICA, INC.,

    Defendant.

Civil Action No. 2:22-cv-04163-JMV-MAH

## NOTICE OF MOTION FOR PRELIMINARY
## APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT** on April 7th, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Julie Kimball (the "Plaintiff" or "Named Plaintiff" or "Class Representative") will move before the Honorable Michael Hammer, U.S.M.J., of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order:

1) granting preliminary approval of the proposed class action Settlement;

2) preliminarily certifying, for settlement purposes only, and pursuant to the terms of the Settlement Agreement, the proposed Settlement Class for the purposes of providing notice to the members of the proposed Settlement Class; approving the form and content of, and directing the distribution of the proposed Class Notice and Claim Form, annexed to the Settlement Agreement as Exhibits 1, 2 and 3;

3) authorizing and directing the Parties to retain JND Legal Administration as Claim Administrator;

4)    appointing Kantrowitz, Goldhamer & Graifman, P.C. and Thomas P. Sobran, P.C., as

Conditional Class Counsel; and,

5)    scheduling a date for the final approval hearing not earlier than one hundred and eighty

(180) days after preliminary approval is granted.

In support thereof, Plaintiff has contemporaneously filed a supporting memorandum and

Declaration of Gary S. Graifman with accompanying exhibits.  Defendant Volkswagen Group of

America, Inc. does not oppose Plaintiff's requested relief set out in the memorandum.

For the reasons set forth in the supporting memorandum, Plaintiff respectfully requests that

the Court grant their unopposed motion and enter the accompanying [Proposed] Order.


Dated:  February 28th, 2025                        Respectfully submitted,

**KANTROWITZ, GOLDHAMER &**
**GRAIFMAN, P.C.**

Gary S. Graifman, Esq.
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Telephone: (201) 391-7000

**THOMAS P. SOBRAN, P.C.**
Thomas P. Sobran (*Pro Hac Vice*)
7 Evergreen Lane
Hingham, MA 02043
Telephone: (781) 741-6075

***Attorneys for Plaintiffs***