UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIE KIMBALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-04163- JKS-MAH |

NOTICE OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT** on December 4th, 2025 at 11:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Julie Kimball (the "Plaintiff" or "Named Plaintiff" or "Class Representative") will move before the Honorable Michael Hammer, U.S.M.J., of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order:

1) granting final approval of the proposed class action Settlement;

2) certifying, for settlement purposes, and pursuant to the terms of the Settlement Agreement, the proposed Settlement Class;

3) granting an award of attorneys' fees and reimbursement of expenses to Class Counsel, Kantrowitz, Goldhamer & Graifman, P.C. and Thomas P. Sobran, P.C.;

4) approving a service award to the Class representative; and

5) for such other and further relief as to the Court appears just and proper.

In support thereof, Plaintiff has contemporaneously filed a supporting memorandum and Declaration of Class Counsel with accompanying exhibits. Defendant Volkswagen Group of America, Inc. does not oppose Plaintiff's requested relief set out in the memorandum.

Dated: November 4th, 2025               Respectfully submitted,

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

*/s/* Gary S. Graifman
Gary S. Graifman, Esq.
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Telephone: (201) 391-7000

**THOMAS P. SOBRAN, P.C.**
Thomas P. Sobran (*Pro Hac Vice*)
7 Evergreen Lane
Hingham, MA 02043
Telephone: (781) 741-6075

*Attorneys for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of November, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                                      *s/ Gary S. Graifman*
                                                      Gary S. Graifman, Esq.